**Opinion filed January 4, 2024**



In The

# Eclenth Court of Appeals

_____

## No. 11-23-00273-CV
_____

**EDGAR PARKER TADDEO, Appellant**

**V.**

**DIANE MAE TADDEO, Appellee**

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. 22FAMDC-00087**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that trial court granted his motion for new trial and vacated the final decree of divorce that is the subject of this appeal. Appellant requests that we dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.


W. STACY TROTTER

JUSTICE


January 4, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.